1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916)554-2751

5

6

             IN THE UNITED STATES DISTRICT COURT
7
           FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,      )      Case No. CR S-07-0546 GEB
                                  )
10                 Plaintiff,     )      STIPULATION AND PROPOSED ORDER
                                  )      CONTINUING STATUS CONFERENCE
11      v.                        )
                                  )
12  GRADIE COWENS,                )
                                  )
13                 Defendant.     )
   _____)
14

15      Plaintiff, United States of America, by its counsel, Assistant

16  United States Attorney Jason Hitt, and defendant Gradie COWENS, Esq.,

17  by his counsel William Daley, hereby stipulate and agree that the

18  status conference currently set for Friday, January 25, 2008, at 9:00

19  a.m. should be continued to Friday, February 15, 2008, at 9:00 a.m.

20      The requested continuance is based upon the need of defense

21  counsel and the government to discuss a possible resolution of the

22  pending case against the defendant.  The parties further agree and

23  stipulate that the period between January 25, 2008, and February 15,

24  2008, should be excluded from computed time for commencement of trial

25  under the Speedy Trial Act, based upon the interests of justice under

26  / / /

27  / / /

28  / / /

1  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity

2  of counsel and reasonable time necessary for effective defense

3  preparation.

4

5                                      Respectfully Submitted,

6                                      McGREGOR W. SCOTT
                                       United States Attorney
7

8  DATED:   January 23, 2008    By:   /s/Jason Hitt
                                       JASON HITT
9                                      Assistant U.S. Attorney

10

   DATED:   January 23, 2008    By:   /s/Jason Hitt
11                                     Telephonically authorized to sign
                                       for Mr. Daly on 01-23-08
12                                     WILLIAM P. DALEY, Esq.
                                       Attorney for COWENS
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

3        Based upon the representations and stipulation of counsel, **IT IS**

4   **HEREBY ORDERED** that:

5        1.   The Status Conference set for January 25, 2008, at 9:00

6   a.m., is continued to February 15, 2008, at 9:00 a.m.;

7        2.   Based upon the above representations and stipulation of the

8   parties, the court finds that the ends of justice outweigh the best

9   interest of the public and the defendant in a speedy trial.

10  Accordingly, time under the Speedy Trial Act shall be excluded

11  through February 15, 2008.

12  Dated:   January 23, 2008

13

14  _____
    GARLAND E. BURRELL, JR.

15  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28