McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916)554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-07-0546 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| GRADIE COWENS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Gradie COWENS, by and through his counsel William Daley, Esq., hereby stipulate and agree that the status conference currently set for Friday, February 15, 2008, at 9:00 a.m. should be continued to Friday, March 14, 2008, at 9:00 a.m.

The requested continuance is based upon the need of defense counsel and the government to discuss a possible resolution of the pending case against the defendant. The parties further agree and stipulate that the period between February 15, 2008, and March 14, 2008, should be excluded from computed time for commencement of trial under the Speedy Trial Act, based upon the interests of justice under

/ / /

1  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity
2  of counsel and reasonable time necessary for effective defense
3  preparation.

```
                                         Respectfully Submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney


DATED:   February 15, 2008               By:  /s/Jason Hitt
                                         JASON HITT
                                         Assistant U.S. Attorney


DATED:   February 15, 2008               By:  /s/Jason Hitt
                                         Telephonically authorized to sign
                                         for Mr. Daly on 02-13-08
                                         WILLIAM P. DALEY, Esq.
                                         Attorney for COWENS
```

1  **ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The Status Conference set for February 15, 2008, at 9:00 a.m., is continued to March 14, 2008, at 9:00 a.m.; and

2. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through March 14, 2008.

DATED: February 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge