1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916)554-2751

5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,     )   Case No. CR-S-07-0546 GEB
                                 )
10                 Plaintiff,    )   STIPULATION AND [PROPOSED]
                                 )   ORDER CONTINUING STATUS
11      v.                       )   CONFERENCE
                                 )
12 GRADIE COWENS,                )
                                 )
13                 Defendant.    )
   _____)
14

15      Plaintiff, United States of America, by its counsel, Assistant
16 United States Attorney Jason Hitt, and defendant Gradie COWENS, by
17 and through his counsel William Daley, Esq., hereby stipulate and
18 agree that the status conference currently set for Friday, May 2,
19 2008, at 9:00 a.m. should be continued to Friday, May 30, 2008, at
20 9:00 a.m.
21      The requested continuance is based upon the need of defense
22 counsel and the government to discuss a possible resolution of the
23 pending case against the defendant.  The parties further agree and
24 stipulate that the period between May 2, 2008, and May 30, 2008,
25 should be excluded from computed time for commencement of trial under
26 the Speedy Trial Act, based upon the interests of justice under
27 / / /
28 / / /

1  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity
2  of counsel and reasonable time necessary for effective defense
3  preparation.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:  April 30, 2008        By:  /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED:  April 30, 2008        By:  /s/Jason Hitt
                                        Telephonically authorized to sign
                                        for Mr. Daley on 04-28-08
                                        WILLIAM P. DALEY, Esq.
                                        Attorney for COWENS

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The Status Conference set for May 2, 2008, at 9:00 a.m., is continued to May 30, 2008, at 9:00 a.m.; and

2. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 30, 2008.

Dated: April 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge