1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916)554-2751

5

6
                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,      )   Case No. CR-S-07-0546 GEB
                                  )
10             Plaintiff,         )   STIPULATION AND [PROPOSED]
                                  )   ORDER CONTINUING STATUS
11       v.                       )   CONFERENCE
                                  )
12 GRADIE COWENS,                 )
                                  )
13             Defendant.         )
   _____)
14

15       Plaintiff, United States of America, by its counsel, Assistant
16 United States Attorney Jason Hitt, and defendant Gradie COWENS, by
17 and through his counsel William Daley, Esq., hereby stipulate and
18 agree that the status conference currently set for Friday, May 30,
19 2008, at 9:00 a.m. should be continued to Friday, July 11, 2008, at
20 9:00 a.m.

21       The requested continuance is based upon the need of defense
22 counsel and the government to discuss a possible resolution of the
23 pending case against the defendant.  The parties further agree and
24 stipulate that the period between May 30, 2008, and July 11, 2008,
25 should be excluded from computed time for commencement of trial under
26 the Speedy Trial Act, based upon the interests of justice under
27 / / /
28 / / /

18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and reasonable time necessary for effective defense preparation.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: May 29, 2008        By:  /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

DATED: May 29, 2008        By:  /s/Jason Hitt
                                Telephonically authorized to sign
                                for Mr. Daley on 05-29-08
                                WILLIAM P. DALEY, Esq.
                                Attorney for COWENS

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The Status Conference set for May 30, 2008, at 9:00 a.m., is continued to July 11, 2008, at 9:00 a.m.; and

2. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through July 11, 2008.

Dated: May 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge