McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-07-0546 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER |
| | ) | CONTINUING JUDGMENT AND |
| v. | ) | SENTENCING |
| | ) | |
| GRADIE COWENS, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Gradie COWENS, Esq., by his counsel William Daley, hereby stipulate and agree that the judgment and sentencing currently set for Friday, October 10, 2008, at 9:00 a.m. should be continued to Friday, October 31, 2008, at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The requested continuance is based upon the need of defense counsel and the government to discuss a letter written by the defendant to the Court prior to sentencing and for finalization of the government's motion for reduction of sentence.

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:  October 9, 2008        By:  /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney


DATED:  October 9, 2008        By:  /s/Jason Hitt
                                    Telephonically authorized to sign
                                    for Mr. Daly on 10-09-08
                                    WILLIAM P. DALEY, Esq.
                                    Attorney for COWENS
```

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for October 10, 2008, at 9:00 a.m., is continued to October 31, 2008, at 9:00 a.m.

Dated:  October 9, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge