1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6
                   IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,    )    Case No. CR-S-07-0546 GEB
                                )
10             Plaintiff,       )    STIPULATION AND PROPOSED ORDER
                                )    CONTINUING JUDGMENT AND
11      v.                      )    SENTENCING
                                )
12 GRADIE COWENS,               )
                                )
13             Defendant.       )
   _____)
14

15      Plaintiff, United States of America, by its counsel, Assistant
16 United States Attorney Jason Hitt, and defendant Gradie COWENS, Esq.,
17 by his counsel William Daley, hereby stipulate and agree that the
18 judgment and sentencing currently set for Friday, October 31, 2008,
19 at 9:00 a.m. should be continued to Friday, November 14, 2008, at
20 9:00 a.m.
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1    The requested continuance is based upon the need of defense
2 counsel to attempt to retest the underlying methamphetamine in this
3 case prior to sentencing in this case.
4
5                                        Respectfully Submitted,
6                                        McGREGOR W. SCOTT
                                         United States Attorney
7
8 DATED:   November 5, 2008      By:  /s/Jason Hitt
                                      JASON HITT
9                                     Assistant U.S. Attorney
10
11 DATED:   November 5, 2008      By:  /s/Jason Hitt
                                      Telephonically authorized to sign
12                                    for Mr. Daly on 10-30-08
                                      WILLIAM P. DALEY, Esq.
13                                    Attorney for COWENS

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for October 31, 2008, at 9:00 a.m., is continued to November 14, 2008, at 9:00 a.m.

Dated: November 5, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge