1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,    )    Case No. CR-S-07-0546 GEB
                                )
10             Plaintiff,       )    AMENDED STIPULATION AND
                                )    PROPOSED ORDER CONTINUING
11      v.                      )    JUDGMENT AND SENTENCING
                                )
12 GRADIE COWENS,               )
                                )
13             Defendant.       )
   _____)
14

15      Plaintiff, United States of America, by its counsel, Assistant
16 United States Attorney Jason Hitt, and defendant Gradie COWENS, Esq.,
17 by his counsel William Daley, hereby stipulate and agree that the
18 judgment and sentencing currently set for Friday, November 14, 2008,
19 at 9:00 a.m. should be continued to Friday, December 19, 2008, at
20 9:00 a.m.
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  The requested continuance is based upon the need of defense
2 counsel to attempt to retest the underlying methamphetamine in this
3 case prior to sentencing in this case.

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED:  November 17, 2008    By:  /s/Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney


DATED:  November 17, 2008    By:  /s/Jason Hitt
                                  Telephonically authorized to sign
                                  for Mr. Daly on 11-13-08
                                  WILLIAM P. DALEY, Esq.
                                  Attorney for COWENS

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for November 14, 2008, at 9:00 a.m., is continued to December 19, 2008, at 9:00 a.m.

Dated: November 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge