McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-07-0546 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO PRODUCE |
| v. ) | METHAMPHETAMINE SAMPLE TO |
| ) | DEFENSE EXPERT FOR RETESTING |
| GRADIE COWENS, ) | PURSUANT TO FEDERAL RULE OF |
| ) | CRIMINAL PROCEDURE 16(a)(1)(E) |
| Defendant. ) | |
| _____) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Gradie COWENS, by his counsel William Daley, hereby stipulate and agree to the following:

A.  The government will produce the following Exhibit:

| Exhibit Number | DEA Laboratory Number |
|---|---|
| 11 | 7142409 |

as reported in DEA FORM-7, Report of Drug Property Collected, Purchased, or Seized, DEA Case No. R7-07-0046, dated September 7, 2007, for qualitative analysis and identification of the controlled substance by an expert for the defendant;

/ / /

1

1     B.   Pursuant Rule 16(a)(1)(E) of the Federal Rules of Criminal
2  Procedure, the government shall allow the defense to independently
3  inspect and analyze a representative sample from the above-listed
4  drug exhibit;
5     C.   A Drug Enforcement Administration ("DEA") Special Agent or
6  Task Force Officer shall deliver the drug exhibit identified above to
7  Judith Stewart, Senior Forensic Toxicologist, DEA License No.
8  RF0193778, of the Forensic Analytical Science, Inc., located at3777
9  Depot Road 409, Hayward, California 94545-2761, Telephone No. (510)
10 266-8100.  The DEA San Francisco Laboratory shall arrange the
11 delivery of said representative sample(s) on or before January 20,
12 2009, to the DEA Special Agent or Task Force Officer for delivery to
13 Judith Stewart, of the Forensic Analytical Science, Inc.;
14    D.   Upon delivery of the above-listed drug exhibit to the
15 defense expert, a DEA Special Agent or Task Force Officer shall be
16 present when the defense expert inspects, weighs, and removes a
17 representative sample of the  above-listed drug exhibit for analysis.
18 The representative sample shall be in the amount of 500 mg or not
19 more than one-half (1/2) the current reserve weight, if less than 1
20 gram presently remains as the reserve weight, from the
21 above-described exhibit.  The weight of each representative sample
22 taken shall be documented and signed by the defense expert and
23 provided to the DEA Special Agent or Task Force Officer in
24 attendance.  Upon the completion of the sample removal and weighing,
25 the defense expert shall, forthwith, return the remaining
26 above-listed drug exhibit to the DEA Agent and Task Force Officer in
27 attendance;
28 / / /

1        E.   The defense expert shall conduct the qualitative analyses
2   and identification agreed to in this stipulation, and shall provide
3   the Government with an unsworn Declaration under penalty of Perjury
4   pursuant to 28 U.S.C. § 1746, executed by the individual who
5   conducted the analyses, or the head of the facility where the
6   analyses occurred, which states the quantity of each exhibit consumed
7   during testing, and either the weight of each exhibit returned to the
8   Government, or a statement that all sample was consumed during
9   testing;
10       F.   All remaining material of the sample, after testing, is
11  to be returned by Judith Stewart to the DEA San Francisco
12  Laboratory by registered U.S. mail, return receipt requested, or
13  approved commercial carrier, within five (5) business days after the
14  completion of analyses;
15       G.   Pursuant to Rule 16(b)(1)(B) of the Federal Rules of
16  Criminal Procedure, the defendant shall provide the Government with a
17  copy of the results or report of the physical examinations and
18  scientific tests or experiments which resulted from the analyses
19  conducted pursuant to this stipulation; and
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

H. Defendant's expert, Judith Stewart, is to safeguard the representative sample received, preserving the chain of custody in a manner to faithfully protect the integrity of the exhibit received.

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
United States Attorney

DATED: December 16, 2008    By: /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

DATED: December 16, 2008    By: /s/William P. Daley
                                WILLIAM P. DALEY, Esq.
                                Attorney for COWENS

4

**ORDER**

Based upon the stipulation of counsel set forth above, the Court adopts the stipulation.

**IT IS ORDERED.**

Dated: December 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge