1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    Case No. CR-S-07-0546 GEB
                                )
12              Plaintiff,      )    STIPULATION AND [PROPOSED]
                                )    ORDER CONTINUING JUDGMENT AND
13      v.                      )    SENTENCING
                                )
14 GRADIE COWENS,               )
                                )
15              Defendant.      )
   _____)
16

17      Plaintiff, United States of America, by its counsel, Assistant

18 United States Attorney Jason Hitt, and defendant Gradie COWENS, by

19 his counsel William Daley, hereby stipulate and agree that the

20 judgment and sentencing currently set for Friday, December 19, 2008,

21 at 9:00 a.m. should be continued to Friday, January 23, 2009, at

22 9:00 a.m.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

The requested continuance is based upon the need of defense counsel to have his designed expert retest the underlying methamphetamine in this case prior to sentencing.

```
                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED:  December 18, 2008    By:    /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney


DATED:  December 18, 2008    By:    /s/Jason Hitt
                                    Telephonically authorized to sign
                                    for Mr. Daley on 12-17-08
                                    WILLIAM P. DALEY, Esq.
                                    Attorney for COWENS
```

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for December 19, 2008, at 9:00 a.m., is continued to January 23, 2009, at 9:00 a.m.

Dated: December 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge