1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-S-07-0546 GEB |
|---|---|---|
|             Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|     v. | ) | ORDER CONTINUING JUDGMENT AND SENTENCING |
| GRADIE COWENS, | ) |  |
|             Defendant. | ) |  |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Gradie COWENS, by his counsel William Daley, hereby stipulate and agree that the judgment and sentencing currently set for Friday, January 23, 2008, at 9:00 a.m. should be continued to Friday, February 13, 2009, at 9:00 a.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The requested continuance is based upon the completion of defense testing of the underlying methamphetamine in this case and the need for the defense expert to produce a report to the government supporting her findings prior to sentencing.

```
                                         Respectfully Submitted,

                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

DATED:  January 23, 2009      By:   /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney


DATED:  January 23, 2009      By:   /s/Jason Hitt
                                    Telephonically authorized to sign
                                    for Mr. Daley on 01-22-08
                                    WILLIAM P. DALEY, Esq.
                                    Attorney for COWENS
```

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for January 23, 2008, at 9:00 a.m., is continued to February 13, 2009, at 9:00 a.m.

Dated:  January 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge