1 LAWRENCE G. BROWN
  Acting United States Attorney
2 JASON HITT
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, California 95814
4 Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-07-0546 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING |
| v. ) | |
| GRADIE COWENS, ) | |
| Defendant. ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Gradie COWENS, by his counsel William Daley, hereby stipulate and agree that the judgment and sentencing currently set for Friday, February 13, 2009, at 9:00 a.m. should be continued to Friday, March 20, 2009, at 9:00 a.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The requested continuance is based upon the completion of defense testing of the underlying methamphetamine in this case and the need for the Probation Office to review her findings regarding the methamphetamine prior to sentencing.

```
                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

DATED:  February 13, 2009    By:    /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney


DATED:  February 13, 2009    By:    /s/Jason Hitt
                                    Telephonically authorized to sign
                                    for Mr. Daley on 02-12-09
                                    WILLIAM P. DALEY, Esq.
                                    Attorney for COWENS
```

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for February 13, 2009, at 9:00 a.m., is continued to March 20, 2009, at 9:00 a.m.

Dated:  February 13, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge