# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**GRADIE COWENS**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:07CR00546-01**<br><br>Michael Petrik<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]   stipulated to the information in the justification section of the violation petition filed on 10/24/13.
[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| | | |

The court: [x] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  6/19/09 .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]      Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

1/17/14
Date of Imposition of Sentence

*/s/ Garland E. Burrell, Jr.*
Signature of Judicial Officer

**GARLAND E. BURRELL, JR.**, Senior U. S. District Judge
Name & Title of Judicial Officer

1/24/14
Date

| | |
|---|---|
| CASE NUMBER: 2:07CR00546-01 | Judgment - Page 2 of 2 |
| DEFENDANT: GRADIE COWENS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  51 months .

| | |
|---|---|
| [ ] | No TSR: Defendant shall cooperate in the collection of DNA. |
| [✔] | The court makes the following recommendations to the Bureau of Prisons:<br>The Court recommends that the defendant be incarcerated at Allenwood, PA or Petersburg, VA, but only insofar as this accords with security classification and space availability. |
| [✔] | The defendant is remanded to the custody of the United States Marshal. |
| [ ] | The defendant shall surrender to the United States Marshal for this district.<br>[ ] at ___ on ___.<br>[ ] as notified by the United States Marshal. |
| [ ] | The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:<br>[ ] before _ on ___.<br>[ ] as notified by the United States Marshal.<br>[ ] as notified by the Probation or Pretrial Services Officer.<br>If no such institution has been designated, to the United States Marshal for this district. |

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal