UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:07-cr-00546-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| GRADIE COWENS, | |
| Defendant. | |

Defendant moves for a judicial recommendation "to the Bureau of Prisons" that he be "transfer[red] to a Residential Re-entry Center for a period of nine months prior to his release date." (ECF No. 74.) This motion is DENIED.

Dated: January 7, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

